**IT IS ORDERED as set forth below:**

**Date: March 29, 2019**

_____
**Lisa Ritchey Craig
U.S. Bankruptcy Court Judge**

_____

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| **IN THE MATTER OF**: | : | **CASE NUMBERS** |
| | : | |
| LESLIE D. HUGHES, | : | BANKRUPTCY CASE |
| | : | 17-52260-LRC |
| Debtor. | : | |
| _____ | : | |
| | : | |
| LESLIE D. HUGHES, | : | ADVERSARY PROCEEDING |
| | : | NO. 17-5169-LRC |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| J.P. MORGAN CHASE AND | : | |
| RELATED SUBSIDIARIES, SETERUS, | : | |
| INC., FEDERAL NATIONAL | : | |
| MORTGAGE ASSOCIATION, | : | |
| BROCK & SCOTT, PLLC (LLC), and | : | |
| FIRST AMERICAN TITLE, | : | IN PROCEEDINGS UNDER |
| | : | CHAPTER 13 OF THE |
| Defendants. | : | BANKRUPTCY CODE |

### **ORDER**

Before the Court is the Motion for Summary Judgment (Doc. 79) (the "Motion"), filed by

Leslie D. Hughes ("Plaintiff"). The Motion seeks judgment on Plaintiff's complaint, as amended

1

in limited part (the "Complaint"), against Brock & Scott ("B&S"), First American Title Insurance Company ("First American Title"), Federal National Mortgage Association ("Fannie Mae"), Seterus, Inc. ("Seterus"), and JPMorgan Chase Bank, N.A. ("JPMC") (collectively, the "Defendants"). The allegations in the Complaint involve real property located at 2270 Charleston Place, Lithia Springs, Georgia (the "Property") and mortgage loan transactions (the "Loans") between Plaintiff and Washington Mutual ("WaMu") in 2006, which resulted in the execution of a deed to secure debt on the Property (the "DSD").

Defendants oppose the Motion on the basis that the Court has previously dismissed all counts of the Complaint. Having reviewed the procedural history of this case, the Court agrees that all counts of the Complaint, as amended, have either dismissed or, if not dismissed, the Court has granted judgment in favor of B&S on such claims. Specifically:

(1) On April 13, 2018, the Court dismissed Counts 1, 3, 4, 5, 8, 9, 10, 11, 12, 13, 14, 15, 16 17, and 18 of the Complaint as to all Defendants; Count 2 of the Complaint as to First American Title, Fannie Mae, JPMC, and B&S; and Counts 6 and 7 of the Complaint as to First American Title, Fannie Mae, JPMC, and Seterus;

(2) On September 27, 2018, the Court dismissed Count 2 against Seterus for violations of the Real Estate Settlement Procedures Act (Doc. 67) and any potential claims that may have been asserted under the False Claims Act against all Defendants; and

(3) On March 28, 2019, the Court granted summary judgment in favor of B&S on Counts 6 and 7 for violations of subsections 1692g(a)-(b) of the Fair Debt Collections Practices Act (the "FDCPA") and the Georgia Fair Business Practices Act ("GFBPA").

As the Court cannot grant judgment in favor Plaintiff on claims that have been finally resolved in favor of Defendants, it is hereby

ORDERED that Plaintiff's Motion for Summary Judgment is **DENIED.**

## END OF DOCUMENT

## DISTRIBUTION LIST

Leslie D. Hughes
2270 Charleston Place
Lithia Springs, GA 30122

Brian Frederick Hansen
Kutak Rock LLP
Suite 2750, 303 Peachtree Street, N.E.
Atlanta, GA 30308

Robert J. Solomon
Solomon Baggett, LLC
3763 Rogers Bridge Road
Duluth, GA 30097

Mallory Velten
Brock & Scott, PLLC
4360 Chamblee Dunwoody Road, Suite 310
Atlanta, GA 30341

Thomas M. Barton
COLES BARTON LLP
150 South Perry Street, Suite 100
Lawrenceville, GA 30046

Shaun M. Daugherty
Coles Barton LLP
Suite 2900, 191 Peachtree Street, NE
Atlanta, GA 30303-1775

Aaron P.M. Tady
Coles Barton LLP
Suite 100 , 150 South Perry Street
Lawrenceville, GA 30046

Melissa J. Davey
Melissa J. Davey, Standing Ch 13 Trustee
Suite 200, 260 Peachtree Street, NW
Atlanta, GA 30303